The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>L&L ENERGY, INC.,<br><br>Defendant. | Case No. CR14-00024RAJ<br><br>ORDER CONTINUING<br>TRIAL DATE |

The Court, having reviewed the stipulated motion of the parties, and the defendant's agreement to waive speedy trial, finds as to the facts stipulated to by counsel in that document, and hereby makes the following findings of fact:

1. There is need for further investigation and preparation prior to trial, without which defense counsel and the government would be denied reasonable time necessary for effective preparation, on the specific grounds set forth in the stipulated motion. By their stipulated motion requesting the entry of this order, the government and the defendant are agreeable to a continuance of the trial date from November 3, 2014, to February 17, 2015.

2. A failure to grant the requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B). A denial of a continuance would also result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

Order/Trial Continuance/L&L Energy, Inc.
CR14-00024RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. Thus, the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv).

IT IS THEREFORE HEREBY ORDERED that that parties' Stipulated Motion to Continue Trial Date (Dkt. #53) is GRANTED. The trial date in this case will be continued from November 3, 2014 to February 17, 2015 at 9:00 a.m.

IT IS FURTHER ORDERED that the period of delay from the date of this Order to the new trial date of February 17, 2015, is excludable time pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161 et seq.

DATED this 23rd day of October, 2014.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

Order/Trial Continuance/L&L Energy, Inc.
CR14-00024RAJ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970